FILED
CHARLOTTE, NC

NOV - 7 2023

US DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. **3:23-cr-244-MOC** |
| | ) | |
| v. | ) | **BILL OF INFORMATION** |
| | ) | |
| KEVIN YUNSANG KIM | ) | 26 U.S.C. § 7206(1) |
| | ) | |

THE UNITED STATES ATTORNEY CHARGES:

At all times material to this Information:

### Introduction

1.     The defendant, KEVIN YUNSANG KIM ("KIM") was a resident of Waxhaw, North Carolina, within the Western District of North Carolina. KIM was a licensed acupuncturist.

2.     KIM formed Evergreen Acupuncture, Inc. in 2006 as a sole proprietorship and subsequently incorporated Evergreen Acupuncture in North Carolina in 2007. Evergreen Acupuncture was located in Charlotte, North Carolina. KIM was the sole shareholder of Evergreen Acupuncture.

### COUNT ONE
(Filing a False Tax Return)

3.     Paragraphs 1 and 2 of this Bill of Information are re-alleged and incorporated herein by reference as though fully set forth herein.

4.     On or about August 23, 2021, in the Western District of North Carolina, the defendant,

### KEVIN YUNSANG KIM

a resident of Waxhaw, North Carolina, did willfully make and subscribe and file with the IRS, his U.S. Joint Individual Income Tax Return, Form 1040, for 2020, which was verified by a written declaration under the penalties of perjury and which KIM did not believe to be true and correct as to every material matter, in that the tax return reported total income on Line 9 as $517,843, when he then and there well knew and believed that the amount of total income on Line 9 was substantially understated.

1

All in violation of Title 26, United States Code, Section 7206(1).

DENA J. KING
UNITED STATES ATTORNEY

CARYN FINLEY
ASSISTANT UNITED STATES ATTORNEY

2